U.S. District Court
P.O. Box 711
Montgomery, AL 36101



7099 3400 0009 2321 0333

RECEIVED
2008 JAN -7 A 9: 17

Dola J. Peak
950 S. Westmont Street
Geneva, AL 36340-9409

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA

V.

DOLA J. PEAK, a/k/a
Dola June Warren Peak, a/k/a
Dola June Peak,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07CV1089-mht

TO: (Name and address of Defendant)
Dola J. Peak
950 S. Westmont Street
Geneva, AL  36340-9409

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL  36101-0197

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  12/17/07