IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07CV1089-MHT |
| | ) | |
| DOLA PEAK, | ) | |
| a/k/a Dola June Warren Peak, | ) | |
| a/k/a Dola June Peak | ) | |
| Defendant. | ) | |

NOTICE TO DISMISS COMPLAINT

The United States of America hereby gives notice of the voluntary dismissal of the complaint heretofore filed in this case.

DATED at Montgomery, Alabama, on March 20, 2008.

UNITED STATES OF AMERICA, PLAINTIFF

LEURA G. CARNARY
United States Attorney


BY:   /s/ R. Randolph Neeley
      R. RANDOLPH NEELEY
      Assistant United States Attorney

P.O. Box 197
Montgomery, AL   36101
334-223-7280
334-223-7201 (Fax)