**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

March 21, 2008

**Notice of Dismissal of Case**

To:   All Parties

Re:   United States of America v. Peak
      Civil Action No.   2:07-cv-01089-MHT

Pursuant to the Notice of Dismissal filed by the Plaintiff on March 20, 2008, this case has been closed and removed from the pending docket of this court.